# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEERE CREDIT, INC.

VERSUS

LRS, LLC, JEREMY LANDRY
TRUCKING, LLC, AND JEREMY
JOSEPH LANDRY

NO.   2024 CW 0794

OCTOBER 18, 2024

---

In Re:    Deere Credit, Inc., applying for supervisory writs, 23rd
          Judicial District Court, Parish of Assumption, No.
          38481.

---

BEFORE:   GUIDRY, C.J., PENZATO AND GREENE, JJ.

**WRIT NOT CONSIDERED.** Relator failed to provide a copy of all exhibits to its Motion for Summary Judgment, including the affidavit of Deere Credit, Inc., in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(8).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 4, 2024 and must contain a copy of this ruling.

JMG
AHP
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT